FILED
APR 03 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Plaintiff's Name **BRIAN DICKERSON**
Inmate No. **2014994**
Address **17695 Industrial farm Road**
**Bakersfield CA 93308**

1:15 CV - 00518 - GSA PC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**BRIAN DONTE DICKERSON**
(Name of Plaintiff)

vs.

**DONNY YOUNGBLOOD**
**MONTGOMERY**
**WHINELY**
(Names of all Defendants)

*The County of KERN Refuse to Provide ME with any information*
(Case Number)

~~AMENDED~~ COMPLAINT

Civil Rights Act, 42 U.S.C. § 1983

RECEIVED
APR 03 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I. Previous Lawsuits (list all other previous or pending lawsuits on back of this form):

    A.    Have you brought any other lawsuits while a prisoner? Yes ___ No **X**

    B.    If your answer to A is yes, how many? _____
         Describe previous or pending lawsuits in the space below.
         (If more than one, use back of paper to continue outlining all lawsuits.)

    1. Parties to this previous lawsuit:

    Plaintiff **BRIAN DONTE DICKERSON**

    Defendants **DONNY YOUNGBLOOD, MONTGOMERY, WHINELY, SGT Jackson All Emplyes of KERN County Sheriff Dention facilities**

    2. Court (if Federal Court, give name of District; if State Court, give name of County)
    **Superior Court of KERN County**

    3. Docket Number _____     4. Assigned Judge _____

    5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
    **The Case was NEVER heard Deput Refuse to investigate sexual assult charges that was made on my Behalf**

    6. Filing date (approx.) _____     7. Disposition date (approx.) _____

II. **Exhaustion of Administrative Remedies**

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes X  No ___

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes X  No ___

If your answer is no, explain why not _____

C. Is the process completed?

Yes X        If your answer is yes, briefly explain what happened at each level.
In the Year of 2012 I was Sexual assaulted inside of Booking and Reciving County Jail, By 3 deuties. Citzen Complaint was made by Patrick Jackson of NAACP Bakersfield Chapter

No ___        If your answer is no, explain why not.

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). If there is an inmate appeal or administrative remedy process available at your institution, you may not file an action under Section 1983, or any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete (exhaust) the inmate appeal or administrative remedy process before filing suit, regardless of the relief offered by the process. Booth v. Churner, 532 U.S. 731, 741 (2001); McKinney v. Carey, 311 F.3d 1198, 1999 (9th Cir. 2002). **Even if you are seeking only money damages and the inmate appeal or administrative remedy process does not provide money, you must exhaust the process before filing suit.** Booth, 532 U.S. at 734.

III. **Defendants**

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Montgomery, Whinely, Sgt Jackson is employed as Sheriff's Department facilities at _____

B. Additional defendants Donny Young Blood

IV. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

In the year on 2012 I was Sexual Assulted By Montgomery, Whinely and one more Detention officer. Base on the fear of Been hurt. I had Patrick Jackson President of NAACP Bakersfield Chapter acompany me at the Bakersfield Police Department to file Complaint. Interview was Conducted by the Sheriff's office. Sences Complaint was made the Deapartment Refuse to investigate and as use there Authorize Athourities To harress Discriminate and Retaliate. I have not heard anything about Compliant. I even wrote Habeas Corpus of writ asking Court of California County of Kern to investigate matter. The Authorties here Refuse to gave me any assistances

V. **Relief.**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like the Court to investigate the matter of Sexual Assulte Chagers filed against Depties

I declare under penalty of perjury that the foregoing is true and correct.

Date 3-31-15    Signature of Plaintiff _____

(revised 9/17/03)

# Kern County Sheriff's Department Detention Facilities
## Departmento Del Sherife Del Condado De Kern Facilida De Detencion
### Inmate Grievance Form
### Forma De Queja O Reclamacion Para Presos

Inmates Name/Nombre Preso: DICKERSON BRIAN
Booking Number/Numero: 2164994
Housing Location/Situacion/Barraka y Cama: A 507

**Check one box only:**

☐ Custody/Costodia  ☐ Classification/Classificasion  ☐ Mental Health/Salud Mental  ☐ Laundry/Lavanderia

☐ Medical Services/Servicios Medicales  ☐ Food Service/Servicios de Comida

☐ Other _____

ATTENTION Facility Mangement

Explain your complaint, including dates, times, names of persons involved, and the location where the incident occurred. You may grieve only one issue per grievance form and only one inmate may be listed on the form. A grievance must be filed within ten working days of the incident.

Explique su queja, incluso fechas y tiempos del incidente, los nombres de las personas implicadas en el incidente, donde ocurrió el incidente. y el remedio que usted solicita. Solamente una queja por cada forma. Nomas un prisionero puede quejarse por cada forma. Su queja tiene que ser sometida entre diez dias laborables del incidente.

**Grievance/Queja O Reclamacion:** Date/Fecha: 3-31-15

In the year of 2012 I was sexual assulted by 3 Deputies at Booking and Receiving Down town County Jail. Citzen complaint form was filed By Patrick Jackson President of NAACP Bakersfield Chapter and I at the Bakersfield Police Department. Interview was conducted by the Sheriff's Department. The Athourities here in Kern County have refuse to investigate complaint. There answer to prolblem, using there Authorize Athourity to Retaliate, harress, and Discriminate. Could I please get complaint # and any writing recorders contaning complaint.

---

**Do Not Write Below This Line – To Be Completed By Sheriff's Staff**
**No Escriba Bajo De Esta Linea Sera Completado Por Personal De El Sherife**

Received By/Recebido Por: 202743 HORTON #904
Date Received: 3/31/15
Forwarded To/Adelantado A: FOR SGT. GRAVES

Distribution: White – Administration
Yellow – Inmate

Sheriff 580 2320 1253 (Rev. 12/03)